**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **B. ROKA and S. KHATRI,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 4:25-CV-01697-RWS** |
| ) | |
| **KRISTI NOEM, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' MOTION TO DISMISS**
**UNDER RULE 12(B)(1) FOR LACK OF SUBJECT-MATTER JURISDICTION**

**COME NOW** Defendants, Kristi Noem, Joseph B. Edlow, and Pamela Bondi, in their

official capacity, by and through their attorneys, Thomas C. Albus, United States Attorney for the

Eastern District of Missouri, and Shane K. Blank, Assistant United States Attorney for said

District, and respectfully move this Honorable Court to dismiss Plaintiffs' Complaint pursuant to

Federal Rules of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction. In accordance

with E.D.Mo. L.R. 4.01(A), a supporting Memorandum of Law accompanies this Motion.

Respectfully Submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Shane K. Blank*
SHANE K. BLANK, #65787MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
Saint Louis, MO 63102
(314) 539-2200
shane.blank@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on Monday, March 9, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record for Plaintiffs.

/s/ <em>Shane K. Blank</em>

SHANE K. BLANK
Assistant United States Attorney
