GOV'T EXHIBIT A

February 12, 2026



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
1222 Spruce St. Room 2.205
Saint Louis, MO 63103



**U.S. Citizenship and Immigration Services**

TAMUNOTONTE FERRY
JEELANI LAW FIRM, PLC
3701 W ALGONQUIN RD SUITE 630
ROLLING MEADOWS, IL 60008



LIN2209750991

RE: BIMAL ROKA
I-485, Application to Register Permanent Residence or
Adjust Status



## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL
NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires
additional evidence to process your Form I-485, Application to Register Permanent Residence or
Adjust Status, filed on January 7, 2022 under section 245 of the Immigration and Nationality Act
(INA) based on being the beneficiary of a employment-based immigrant petition. Please read this
letter carefully, follow all of the instructions, and provide the requested evidence and information in
order for us to make a final decision on your case. Include duplicate copies if you are requesting
consular notification.

**What You Need to Do**

You must provide the following information in order for us to make a final decision on your case:

**Submit documents relating to your current employment.** Examples of such evidence includes, but
is not limited to, the following:

- Current employment letter/offer from your current employer ("FF&G, LC dba McDonald's") on
  the employer's letterhead, signed and dated by an official. The letter must provide details about
  your specific job duties, date you were hired, date you began working and length of
  employment, name and contact information of supervisor(s), salary and/or wage, whether
  employment is temporary or permanent, whether employment for "FF&G, LC dba
  McDonald's" has been continuous, whether the job is full or part time, address of the location
  where you currently work, address(es) of any other locations where you have worked for
  "FF&G, LC dba McDonald's," and likelihood of continued employment;
- List of all prior employers in the U.S., along with the employers' addresses, addresses of the
  locations where you worked, names and contact information of supervisors, and the dates you
  worked for each employer;
- Copies of the last six (6) months of pay stubs;
- Copies of your W-2 forms for 2020 to 2025;

- Copies of your 1040 forms for 2020 to 2024;
- Evidence of current residence in the state of Missouri, such as a copy of your lease, real estate tax receipt, personal property tax receipt, and proof of homeowner's insurance.

**Your response must be received in this office by May 13, 2026**

This Request for Evidence (RFE) provides the maximum time allowed for your response. You have 84 days (87 if received by mail) from the date of this notice to submit any additional information, evidence, or arguments to support your application. We cannot grant an extension. See 8 CFR §103.2(b)(8)(iv).

As immigration benefits are time-sensitive, respond promptly, but no later than the deadline. If you submit partial evidence, we will only consider the information the evidence you provide to us. Failure to respond within the allotted time may result in denial of your case. Any interim benefits potentially stemming from this application or petition will be delayed while your response is pending.

**General Guidelines for Submitting Evidence:**

- All requested documents must be submitted on time and completely, either by mail or via the MyUSCIS account.
- Submit all requested evidence in a single, combined submission.
- Evidence submitted after the deadline will not be considered.
- Respond to this request by the given deadline.

Please respond to this request by either mailing the requested information to the address provided or, for faster service, by uploading your documents to your MyUSCIS account (if applicable). Please choose only one method: either mail or upload, not both.

We strongly recommend you keep copies of all documents submitted to USCIS in response to this request. Processing of your Form I-485 will resume when we receive your response. If you do not respond to this request by May 13, 2026, we may deny your case. Please include this entire letter as the first page of your response and keep a copy for your records. Failure to include this letter may delay case processing.

If you wish to withdraw this petition, please submit a signed and dated written withdrawal request.

**If responding by mail, send your response to this address:**

**U.S. Citizenship and Immigration Services**
**St. Louis Field Office**
**1222 Spruce St. Room 2.205**
**Saint Louis, MO 63103**

For questions about your applications or petitions filed with USCIS or if you need additional assistance, forms or filing instructions, visit our web site at www.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma for information and guidance.

Please use our Case Status Online Tool at https://egov.uscis.gov for status updates. You can also reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter. If you are not able to find the information you need online, call the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, call the USCIS Contact Center TTY at 1-800-767-1833

Sincerely,

Payam Tanaomi
Field Office Director

STLI485FODI48000037267295

www.uscis.gov

February 12, 2026

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
1222 Spruce St. Room 2.205
Saint Louis, MO 63103



**U.S. Citizenship
and Immigration
Services**

BIMAL ROKA
████ WESTBORO CIRCLE DR
CHESTERFIELD, MO 63017-4683
UNITED STATES



LIN2209750991

RE: BIMAL ROKA
I-485, Application to Register Permanent Residence or
Adjust Status

## **REQUEST FOR EVIDENCE**

### **IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your Form I-485, Application to Register Permanent Residence or Adjust Status, filed on January 7, 2022 under section 245 of the Immigration and Nationality Act (INA) based on being the beneficiary of a employment-based immigrant petition. Please read this letter carefully, follow all of the instructions, and provide the requested evidence and information in order for us to make a final decision on your case. Include duplicate copies if you are requesting consular notification.

### **What You Need to Do**

You must provide the following information in order for us to make a final decision on your case:

**Submit documents relating to your current employment.** Examples of such evidence includes, but is not limited to, the following:

- Current employment letter/offer from your current employer ("FF&G, LC dba McDonald's") on the employer's letterhead, signed and dated by an official. The letter must provide details about your specific job duties, date you were hired, date you began working and length of employment, name and contact information of supervisor(s), salary and/or wage, whether employment is temporary or permanent, whether employment for "FF&G, LC dba McDonald's" has been continuous, whether the job is full or part time, address of the location where you currently work, address(es) of any other locations where you have worked for "FF&G, LC dba McDonald's," and likelihood of continued employment;
- List of all prior employers in the U.S., along with the employers' addresses, addresses of the locations where you worked, names and contact information of supervisors, and the dates you worked for each employer;
- Copies of the last six (6) months of pay stubs;
- Copies of your W-2 forms for 2020 to 2025;

- Copies of your 1040 forms for 2020 to 2024;
- Evidence of current residence in the state of Missouri, such as a copy of your lease, real estate tax receipt, personal property tax receipt, and proof of homeowner's insurance.

**Your response must be received in this office by May 13, 2026**

This Request for Evidence (RFE) provides the maximum time allowed for your response. You have 84 days (87 if received by mail) from the date of this notice to submit any additional information, evidence, or arguments to support your application. We cannot grant an extension. See 8 CFR §103.2(b)(8)(iv).

As immigration benefits are time-sensitive, respond promptly, but no later than the deadline. If you submit partial evidence, we will only consider the information the evidence you provide to us. Failure to respond within the allotted time may result in denial of your case. Any interim benefits potentially stemming from this application or petition will be delayed while your response is pending.

**General Guidelines for Submitting Evidence:**

- All requested documents must be submitted on time and completely, either by mail or via the MyUSCIS account.
- Submit all requested evidence in a single, combined submission.
- Evidence submitted after the deadline will not be considered.
- Respond to this request by the given deadline.

Please respond to this request by either mailing the requested information to the address provided or, for faster service, by uploading your documents to your MyUSCIS account (if applicable). Please choose only one method: either mail or upload, not both.



We strongly recommend you keep copies of all documents submitted to USCIS in response to this request. Processing of your Form I-485 will resume when we receive your response. If you do not respond to this request by May 13, 2026, we may deny your case. Please include this entire letter as the first page of your response and keep a copy for your records. Failure to include this letter may delay case processing.

If you wish to withdraw this petition, please submit a signed and dated written withdrawal request.

**If responding by mail, send your response to this address:**

**U.S. Citizenship and Immigration Services**
**St. Louis Field Office**
**1222 Spruce St. Room 2.205**
**Saint Louis, MO 63103**

For questions about your applications or petitions filed with USCIS or if you need additional assistance, forms or filing instructions, visit our web site at www.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma for information and guidance.

Please use our Case Status Online Tool at https://egov.uscis.gov for status updates. You can also reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter. If you are not able to find the information you need online, call the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, call the USCIS Contact Center TTY at 1-800-767-1833

Sincerely,

Payam Tanaomi
Field Office Director