**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| B. ROKA and S. KHATRI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-01697-RWS |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

**COME NOW** Defendants, Kristi Noem,[1] Joseph B. Edlow, and Pamela Bondi, in their

official capacity, by and through their attorneys, Thomas C. Albus, United States Attorney for the

Eastern District of Missouri, and Shane K. Blank, Assistant United States Attorney for said

District, and for their Notice of Supplemental Authority, state as follows:

On March 27, 2026, this Court issued its opinion in Mokone v. U.S. Citizenship & Immigr.

Servs., 2026 WL 850521 (E.D. Mo. Mar. 27, 2026) (Clark, J.). There, Judge Clark—consistent

with the argument advanced in this case—held that § 1252(a)(2)(B)(ii) bars subject-matter

jurisdiction over both the decision *and* pace of adjudicating an I-485. Id. at *4 (holding judicial

review of both the I-360 and I-485—including the timing of adjudication—is precluded by 8

U.S.C. § 1252(a)(2)(B)(ii))). In doing so, Judge Clark joined Judge Pitlyk and the Eighth Circuit

Court of Appeals in recognizing Section 1252(a)(2)(B)(ii) "strip[s] courts of jurisdiction over

various cases alleging delayed processing of immigration petitions and applications." Mokone,

2026 WL 850521 at *2.

---

[1] Kristi L. Noem should be substituted for Markwayne Mullin, who was sworn in as Secretary of DHS on March 24, 2026.

1

**WHEREFORE**, Defendants respectfully request this Court *dismiss* this action against them.

Respectfully Submitted,

THOMAS C. ALBUS
Acting United States Attorney

/s/ *Shane K. Blank*
SHANE K. BLANK, #65787MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
Saint Louis, MO 63102
(314) 539-2200
shane.blank@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on Monday, March 30, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record for Plaintiffs.

/s/ *Shane K. Blank*
SHANE K. BLANK
Assistant United States Attorney

2