**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

B. ROKA, et.al,                                          )
                                                        )
                        Plaintiff                        )
                                                        )
                v.                                      )
                                                        )   Civil Action No. **4:25-cv-01697**
MARKWAYNE MULLIN, et., al.,                              )
                                                        )
                                                        )
                Defendant(s)[1].                         )
                                                        )
                                                        )

---

# MOTION TO SUBSTITUTE COUNSEL

Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to Local Rule 83.12 for entry of an order substituting counsel of record. In support of this motion, Plaintiff states as follows:

1. **Substitution of Counsel.** Plaintiff hereby requests that **Tamunotonte Fenny Esq.** formerly of **Jeelani Law Firm, PLC**, currently serving as counsel of record, be withdrawn from this case and substituted with **Sadaf F. Ahmed, Esq.** of **Jeelani Law Firm, PLC**, as counsel of record.

        **Outgoing Counsel Information**:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin automatically substitutes Kristi Noem, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services Joseph B. Edlow substitutes former Director Ur M. Jaddou, and Acting Attorney General of the United States Todd Blanche substitutes Pam Bondi.

1

Tamunotonte Fenny, Esq.
Jeelani Law Firm, PLC
3701 W. Algonquin Road, Ste. 630
Rolling Meadows, IL 60008
Email: tonte@jeelani-law.com
Phone: (312) 767-9030
Bar No.: [NJ Bar # 386892021]

**Incoming Counsel Information**:
Sadaf F. Ahmed, Esq.
Jeelani Law Firm, PLC
3701 W. Algonquin Road, Ste. 630
Rolling Meadows, IL 60008
Email: sadaf@jeelani-law.com
Phone: (312) 767-9030
Bar No.: [3668749IN]

2. **Consent of Client.** Plaintiff has been informed of and does not object to this substitution of counsel.

3. **No Prejudice or Delay.** The substitution of counsel will not cause any delay in the proceedings or prejudice to any party.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Substitute Counsel and enter the proposed order submitted herewith.

Date: May 20, 2026

Respectfully submitted,

 /s/ Sadaf F. Ahmed.
**Sadaf F. Ahmed, Esq.**
**JEELANI LAW FIRM, PLC**
**3701 W. Algonquin Road, Ste. 630**
**Rolling Meadows, IL 60008**
**Email:** sadaf@jeelani-law.com
**Phone:(312) 767-9030**
**Fax:(312) 767-9030**
*Counsel for Plaintiff*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Sadaf F. Ahmed

Sadaf F. Ahmed, Esq.