**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| B. ROKA<br>S. KHATRI<br><br>      Plaintiff(s)<br><br>      v.<br><br>MARKWAYNE MULLIN, in his official<br>capacity, Secretary, U.S. Department of<br>Homeland Security;<br><br>      Defendant(s)[1]. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:25-CV-01697-RWS

*So Ordered*

*Oy Sippal* u.s.o.
6/15/26

**JOINT STIPULATION FOR DISMISSAL**

The Plaintiffs and the Defendants, hereby inform the Court that they stipulate to dismiss this action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own costs, expenses, and fees, and no attorney's fees, costs, or expenses under the Equal Access to Justice Act, or any other provision of law, will be sought.

Dated: June 11, 2026

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Markwayne Mullin automatically substitutes Kristi Noem, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services Joseph B. Edlow substitutes former Director Ur M. Jaddou, and Acting Attorney General of the United States Todd Blanche substitutes Pam Bondi.

1